UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────X
NICOLE JENKINS, Individually and on Behalf of
All other persons similarly situated,

                      Plaintiffs,

                      **ORDER**
                      06-CV-3592 (SJF) (JMA)

      -against-

HANAC, INC., and HOME SERVICES, INC.,[1]

                      Defendants.
───────────────────────────────────X
FEUERSTEIN, J.

      The Court hereby gives notice that it intends to convert Defendants' partial motion to dismiss under Fed. R. Civ. P. 12(b)(6) into a partial motion for summary judgment under Fed. R. Civ. P. 56. The parties are directed to serve and file any additional affidavits and evidentiary materials within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

S/sjf
───────────────────────
Sandra J. Feuerstein
United States District Judge

Dated: May 15, 2007
       Brooklyn, New York

---

[1] The Defendants were incorrectly named in the complaint. The Court has amended the caption to reflect the proper names. The Clerk of the Court is directed to amend the docket sheet.